Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

# UNITED STATES DISTRICT COURT
for the
_____ District of _____

_____ Division

FILED
CLERK, U.S. DISTRICT COURT
1/12/2021
CENTRAL DISTRICT OF CALIFORNIA
BY: _____LM_____ DEPUTY

| | |
|---|---|
| Michelle Ramirez | Case No. ED21CV00057 JWH (SHKx) |
| Plaintiff(s) | (to be filled in by the Clerk's Office) |
| (Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.) | Jury Trial: (check one) ☐ Yes ☑ No |
| -v- | |
| Superior Court of California District of San Bernardino Arthur A. Harrison, Judge | |
| Defendant(s) | |
| (Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.) | |

N/R
IFP
Sum 21

## COMPLAINT FOR A CIVIL CASE

### I. The Parties to This Complaint

#### A. The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

| | |
|---|---|
| Name | Michelle Ramirez |
| Street Address | 13827 Carrotwood Court |
| City and County | Chino, San Bernardino |
| State and Zip Code | California 91710 |
| Telephone Number | 9094653070 |
| E-mail Address | Shelly_r_11@yahoo.com |

#### B. The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title (if known). Attach additional pages if needed.

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

Defendant No. 1

| | |
|---|---|
| Name | Superior Court of California, County of San Bernardino |
| Job or Title *(if known)* | Family Law |
| Street Address | 351 North Arrowhead Avenue |
| City and County | San Bernardino, San Bernardino |
| State and Zip Code | California 92415 |
| Telephone Number | 909-521-3136 |
| E-mail Address *(if known)* | |

Defendant No. 2

| | |
|---|---|
| Name | Arthur A. Harrison |
| Job or Title *(if known)* | Judge |
| Street Address | 351 North Arrowhead Avenue |
| City and County | San Bernardino, San Bernardino |
| State and Zip Code | California 92415 |
| Telephone Number | |
| E-mail Address *(if known)* | |

Defendant No. 3

Name
Job or Title *(if known)*
Street Address
City and County
State and Zip Code
Telephone Number
E-mail Address *(if known)*

Defendant No. 4

Name
Job or Title *(if known)*
Street Address
City and County
State and Zip Code
Telephone Number
E-mail Address *(if known)*

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

## II. Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power). Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case. In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction? *(check all that apply)*

[✔] Federal question        [ ] Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

### A. If the Basis for Jurisdiction Is a Federal Question

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.

Federal Civil Rights Statutes Title 18, U.S.C Section 241- Conspiracy Against Rights, Section 242- Deprivation of Rights Under Color of Law, Section 245- Federally Protected Activities. Title 42, U.S.C., Section 14141- Pattern and Practice.
Amendment I - Freedom of Speech, Amendment XIV- Equal Protection of the Laws
& Title III of the Americans with Disabilities Act 42 U.S.C. §§ 12181-12189

### B. If the Basis for Jurisdiction Is Diversity of Citizenship

1. The Plaintiff(s)

    a. If the plaintiff is an individual
    
       The plaintiff, *(name)* Michelle Ramirez, is a citizen of the State of *(name)* California

    b. If the plaintiff is a corporation
    
       The plaintiff, *(name)* _____, is incorporated under the laws of the State of *(name)* _____
       
       and has its principal place of business in the State of *(name)* _____.

    *(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

2. The Defendant(s)

    a. If the defendant is an individual
    
       The defendant, *(name)* Arthur A. Harrison, is a citizen of the State of *(name)* California. Or is a citizen of *(foreign nation)* _____

Page 3 of 5

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

    b.    If the defendant is a corporation

The defendant, *(name)* San Bernardino Superior Court, is incorporated under the laws of the State of *(name)* California, and has its principal place of business in the State of *(name)* Califonia

Or is incorporated under the laws of *(foreign nation)*

and has its principal place of business in *(name)*

*(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

3.    The Amount in Controversy

The amount in controversy–the amount the plaintiff claims the defendant owes or the amount at stake–is more than $75,000, not counting interest and costs of court, because *(explain)*:

## III. Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

1. Plaintiff Michelle Ramirez is an American with disabilities who was denied access to accommodations, deprived of her ability to defend herself in a court room and was injured while trying to carry out an injunction ordered by the court. This has caused the plaintiff to be subjected to cruel and usual punishments while engaging in federally protected activities. This treatment and conduct have occurred at the Superior Court of California County of San Bernardino, Family Law District in the court rooms of Arthur A. Harrison, Judge and Cheryl C. Kersey, Judge.
SEE ATTACHMENT Page 1

## IV. Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

Plaintiff seeks entitlement of the claims because she pleaded with the defendants on multiple occasions to accommodate her disabilities and her need for assistance. Plaintiff was treated unfairly and unequally in the court room and the courthouse because of her disabilities. This unfair treatment is still occurring, causing monetary and physical damages to the plaintiff.

SEE ATTACHMENT Page 2

SEE ATTACHMENT Page 2

## V. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: 1/5/2021

Signature of Plaintiff

Printed Name of Plaintiff   Michelle Ramirez

### B. For Attorneys

Date of signing:

Signature of Attorney
Printed Name of Attorney
Bar Number
Name of Law Firm
Street Address
State and Zip Code
Telephone Number
E-mail Address

III. Statement of Claim

2. Defendant Arthur A. Harrison, Judge at the San Bernardino Superior Court of California conspired with attorney Vanessa Betryna Gnekow on October 21, 2020 in open court to deny plaintiff of access to accommodations. Plaintiff requested accommodations through the ADA coordinator in July of 2020 and was told to inform the defendant at the hearings. On October 21, 2020 defendant made an injunction against the plaintiff. Plaintiff stated she was on bed rest prescribed by her medical providers and was unable to carry out the order and needed assistance, but defendant stated plaintiff was not on bed rest. Upon carrying out the order plaintiff was injured in the process.

3. Defendant and attorney Vanessa Betryna Gnekow attended a hearing on November 19, 2020 discussing Temporary Emergency (EX PARTE) Orders without plaintiff's knowledge, based on a false claim that plaintiff abducted her child. Plaintiff was purposefully left out of attendance of the hearing. The Declaration of Notice of Hearing that was filed did not include Plaintiff's correct contact information that was provided, to the court and attorney Vanessa Betryna Gnekow, by the plaintiff. Full sole and physical custody that plaintiff had for seven years for her seven-year-old child was taken away and plaintiff was ordered to supervised visitations by a licensed professional at the cost of the plaintiff and zero custody.

Date: 1/5/2021

_Michelle Ramirez_
Michelle Ramirez
Plaintiff

Pg. 1

IV. Relief

1. Emotional Distress while in the court room. Disabilities requested on a confidential form with the court was discussed in open court. Plaintiff unable to participate in discussion. Plaintiff's physicians not included in conversation. $2,500.00 Accommodations have not been granted. Plaintiff had to obtain a lawyer for court to partially grant accommodation. $5,000.00
2. Injunction Relief and monetary relief for damages caused to plaintiff while trying to follow orders made by the defendants. Plaintiff fractured left ankle and right foot. Left ankle still fractured. Plaintiff will have arthritis for the rest of her life. Plaintiff's left and right wrist may require surgery after plaintiff gives birth to child in March of 2021. Cost for specialty ultrasound of unborn child because of injury. Plaintiff financially and physically could not comply with injunction order. Punitive damages to prevent further discrimination based on disabilities. $15,000.00
3. Stress from Forced Displacement of plaintiff and plaintiff's child due to inability to comply with injunction order. Custody of plaintiff's child was given to paternal father who is currently out on bail for committing violent acts against another woman and her children. Father intimidated plaintiff's child during a criminal investigation into sexual allegations. Father is the cause of plaintiff's disabilities. Defendant's placed the order for child removal from plaintiff. Plaintiff displaced from home in Orange County due to injury. $5,000.00
4. Compensation for cost of supervised visits. Defendant ordered plaintiff to pay for licensed monitored visits. $140.00 [$150.00] Intake Interview $50.00 an hour for visits. Four hours a week.

Date: 1/5/2021

Michelle Ramirez
Plaintiff

Pg. 2

*Record Number 39707-MWC*
*Ada Information Line 1800 514 0301*
*EST 9:30 am -12 noon 3pm-5pm*
*Ada Mediation Program*

## TABLE OF CONTENTS

|  | Page |
|---|---|
| Foreword | III |
| Authority for promulgation of rules | V |
| Historical note | VII |

### RULES

**TITLE I. SCOPE OF RULES; FORM OF ACTION**

| | |
|---|---|
| Rule 1. Scope and Purpose | 1 |
| Rule 2. One Form of Action | 1 |

**TITLE II. COMMENCING AN ACTION; SERVICE OF PROCESS, PLEADINGS, MOTIONS, AND ORDERS**

| | |
|---|---|
| ☆ Rule 3. Commencing an Action | 1 |
| Rule 4. Summons | 1 |
| Rule 4.1. Serving Other Process | 8 |
| Rule 5. Serving and Filing Pleadings and Other Papers | 8 |
| Rule 5.1. Constitutional Challenge to a Statute—Notice, Certification, and Intervention | 11 |
| Rule 5.2. Privacy Protection For Filings Made with the Court | 11 |
| Rule 6. Computing and Extending Time; Time for Motion Papers | 12 |

**TITLE III. PLEADINGS AND MOTIONS**

| | |
|---|---|
| Rule 7. Pleadings Allowed; Form of Motions and Other Papers | 14 |
| Rule 7.1. Disclosure Statement | 14 |
| Rule 8. General Rules of Pleading | 15 |
| Rule 9. Pleading Special Matters | 16 |
| Rule 10. Form of Pleadings | 17 |
| Rule 11. Signing Pleadings, Motions, and Other Papers; Representations to the Court; Sanctions | 17 |
| Rule 12. Defenses and Objections: When and How Presented; Motion for Judgment on the Pleadings; Consolidating Motions; Waiving Defenses; Pretrial Hearing | 19 |
| Rule 13. Counterclaim and Crossclaim | 21 |
| Rule 14. Third-Party Practice | 22 |
| Rule 15. Amended and Supplemental Pleadings | 23 |
| Rule 16. Pretrial Conferences; Scheduling; Management | 25 |

**TITLE IV. PARTIES**

| | |
|---|---|
| Rule 17. Plaintiff and Defendant; Capacity; Public Officers | 27 |
| Rule 18. Joinder of Claims | 28 |
| Rule 19. Required Joinder of Parties | 28 |
| Rule 20. Permissive Joinder of Parties | 29 |
| Rule 21. Misjoinder and Nonjoinder of Parties | 30 |
| Rule 22. Interpleader | 30 |
| Rule 23. Class Actions | 30 |
| Rule 23.1. Derivative Actions | 35 |
| Rule 23.2. Actions Relating to Unincorporated Associations | 35 |
| Rule 24. Intervention | 36 |
| Rule 25. Substitution of Parties | 36 |

**TITLE V. DISCLOSURES AND DISCOVERY**

| | |
|---|---|
| Rule 26. Duty to Disclose; General Provisions Governing Discovery | 37 |
| Rule 27. Depositions to Perpetuate Testimony | 46 |
| Rule 28. Persons Before Whom Depositions May Be Taken | 47 |
| Rule 29. Stipulations About Discovery Procedure | 48 |
| Rule 30. Depositions by Oral Examination | 48 |
| Rule 31. Depositions by Written Questions | 52 |
| Rule 32. Using Depositions in Court Proceedings | 53 |
| Rule 33. Interrogatories to Parties | 55 |
| Rule 34. Producing Documents, Electronically Stored Information, and Tangible Things, or Entering onto Land, for Inspection and Other Purposes | 56 |

XVI                                    CONTENTS

| | Page |
|---|---|
| TITLE V. DISCLOSURES AND DISCOVERY—Continued | |
| Rule 35. Physical and Mental Examinations | 58 |
| Rule 36. Requests for Admission | 59 |
| Rule 37. Failure to Make Disclosures or to Cooperate in Discovery; Sanctions | 60 |
| TITLE VI. TRIALS | |
| Rule 38. Right to a Jury Trial; Demand | 63 |
| Rule 39. Trial by Jury or by the Court | 64 |
| Rule 40. Scheduling Cases for Trial | 64 |
| Rule 41. Dismissal of Actions | 64 |
| Rule 42. Consolidation; Separate Trials | 65 |
| Rule 43. Taking Testimony | 66 |
| Rule 44. Proving an Official Record | 66 |
| Rule 44.1. Determining Foreign Law | 67 |
| Rule 45. Subpoena | 67 |
| Rule 46. Objecting to a Ruling or Order | 71 |
| Rule 47. Selecting Jurors | 71 |
| Rule 48. Number of Jurors; Verdict; Polling | 72 |
| Rule 49. Special Verdict; General Verdict and Questions | 72 |
| Rule 50. Judgment as a Matter of Law in a Jury Trial; Related Motion for a New Trial; Conditional Ruling | 73 |
| Rule 51. Instructions to the Jury; Objections; Preserving a Claim of Error | 74 |
| Rule 52. Findings and Conclusions by the Court; Judgment on Partial Findings | 75 |
| Rule 53. Masters | 76 |
| TITLE VII. JUDGMENT | |
| Rule 54. Judgment; Costs | 78 |
| Rule 55. Default; Default Judgment | 79 |
| Rule 56. Summary Judgment | 80 |
| Rule 57. Declaratory Judgment | 82 |
| Rule 58. Entering Judgment | 82 |
| Rule 59. New Trial; Altering or Amending a Judgment | 83 |
| Rule 60. Relief from a Judgment or Order | 83 |
| Rule 61. Harmless Error | 84 |
| Rule 62. Stay of Proceedings to Enforce a Judgment | 84 |
| Rule 62.1. Indicative Ruling on a Motion for Relief That is Barred by a Pending Appeal | 85 |
| Rule 63. Judge's Inability to Proceed | 86 |
| TITLE VIII. PROVISIONAL AND FINAL REMEDIES | |
| Rule 64. Seizing a Person or Property | 86 |
| Rule 65. Injunctions and Restraining Orders | 86 |
| Rule 65.1. Proceedings Against a Security Provider | 88 |
| Rule 66. Receivers | 88 |
| Rule 67. Deposit into Court | 88 |
| Rule 68. Offer of Judgment | 88 |
| Rule 69. Execution | 89 |
| Rule 70. Enforcing a Judgment for a Specific Act | 89 |
| Rule 71. Enforcing Relief For or Against a Nonparty | 90 |
| TITLE IX. SPECIAL PROCEEDINGS | |
| Rule 71.1. Condemning Real or Personal Property | 90 |
| Rule 72. Magistrate Judges: Pretrial Order | 94 |
| Rule 73. Magistrate Judges: Trial by Consent; Appeal | 95 |
| Rule 74. [Abrogated.] | |
| Rule 75. [Abrogated.] | |
| Rule 76. [Abrogated.] | |
| TITLE X. DISTRICT COURTS AND CLERKS: CONDUCTING BUSINESS; ISSUING ORDERS | |
| Rule 77. Conducting Business; Clerk's Authority; Notice of an Order or Judgment | 96 |
| Rule 78. Hearing Motions; Submission on Briefs | 97 |
| Rule 79. Records Kept by the Clerk | 97 |
| Rule 80. Stenographic Transcript as Evidence | 98 |
| TITLE XI. GENERAL PROVISIONS | |
| Rule 81. Applicability of the Rules in General; Removed Actions | 98 |
| Rule 82. Jurisdiction and Venue Unaffected | 100 |
| Rule 83. Rules by District Courts; Judge's Directives | 100 |
| Rule 84. [Abrogated.] | |

CONTENTS                                                                                          XVII

TITLE XI. GENERAL PROVISIONS—Continued                                                          Page
    Rule 85. Title .............................................................................................. 100
    Rule 86. Effective Dates .............................................................................. 100

APPENDIX OF FORMS

[Abrogated.]

SUPPLEMENTAL RULES FOR ADMIRALTY OR MARITIME CLAIMS
AND ASSET FORFEITURE ACTIONS

Rule A. Scope of Rules .................................................................................... 104
Rule B. In Personam Actions: Attachment and Garnishment ....................... 104
Rule C. In Rem Actions: Special Provisions .................................................. 105
Rule D. Possessory, Petitory, and Partition Actions ...................................... 107
Rule E. Actions in Rem and Quasi in Rem: General Provisions ................... 108
Rule F. Limitation of Liability ........................................................................ 111
Rule G. Forfeiture Actions In Rem ................................................................. 114

