1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

J S -6

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

MICHELLE RAMIREZ,

                 Plaintiff,

    v.

SUPERIOR COURT OF CALIFORNIA,
COUNTY OF SAN BERNARDINO, et
al.,

                 Defendants.

Case No. 5:21-cv-00057-JWH-SHK

**JUDGMENT**

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Pursuant to the Order Dismissing Case, it is hereby **ORDERED**, **ADJUDGED**, and **DECREED** that the case is **DISMISSED without prejudice**.

   **IT IS SO ORDERED.**

Dated: February 14, 2022

HONORABLE JOHN W. HOLCOMB
United States District Judge